NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000013
10-JUL-2015
01:08 PM

CAAP-11-0000013

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


JOSEPH A. BRESCIA, Plaintiff-Appellee,
v.
KA'IULANI EDENS-HUFF; PUANANI ROGERS; DAYNE GONSALVES;
LOUISE LISTMAN also known as LOUISE SAUSEN; JEFF CHANDLER; HALE
MAWAE; and DOE DEFENDANTS 1-200, Defendants-Appellants

and

JEFF CHANDLER and ANGIE NORA PUANANI ROGERS,
Third-Party Plaintiffs-Appellants,
v.
ALAN S. DOWNER, in his official capacity as Administrator
of the State Historic Preservation Division of the Department
of Land and Natural Resources; SUZANNE CASE, in her capacity
as the Director of the Department of Land and Natural
Resources; JOHN DOES 1-10; JANE DOES 1-10; and
DOE GOVERNMENTAL UNITS OR OTHER ENTITIES 1-20,
Third-Party Defendants-Appellees.


APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 08-1-0107)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1/])

The Memorandum Opinion of the court, filed on
May 22, 2015, is hereby corrected as follows:

---

[1/] Nakamura, Chief Judge, and Foley and Leonard, JJ.

1.    On page 3, in the second line, the reference to "Roger's claims" should be corrected to read "Rogers's claims".

2.    On page 12, in the eighteenth line, a "(3)" should be inserted between the semicolon and "assure" so that as corrected the text reads: ". . . (Chandler's Count 3 and Rogers's Count 4); (3) assure submission . . . ."

3.    On page 12, in the twentieth line, a semicolon should be inserted after "(Rogers's Count 2)" so that as corrected, the text reads: "(Rogers's Count 2); and (4) meaningfully consult . . . ."

4.    On page 12, in the twenty-first line, the word "Count" should be inserted between "Chandler's" and "2" and the comma after "2" should be replaced with "and" so that as corrected, the text reads: "(Chandler's Count 2 and Rogers's Count 3)."

5.    On page 13, in the twenty-first line, the word "motions" should be corrected to read "motion".

6.    On page 16, at the beginning of the third line, the word "of" should be inserted before "the burials" so that as corrected, the text reads: ". . . treatment of the burials that . . . ."

7.    Page 21, in the seventh line, the word "plan" should be corrected to read "plans".

8.    On page 22, in the sixth line of the second paragraph, the word "is" should be replaced with "are" so that as corrected, the text reads: ". . . powers under the applicable law are clear."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, July 10, 2015.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge